NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADIDAS AG,**
*Appellant*

**v.**

**NIKE, INC.,**
*Appellee*

---

2018-1180, -1181

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-00921 and IPR2016-00922.

---

**ON MOTION**

---

**O R D E R**

adidas AG submits a motion to remand this appeal to the Patent Trial and Appeal Board in view of *SAS Institute Inc. v. Iancu*, 138 S. Ct. 1348 (2018).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Nike, Inc. is directed to respond to the motion to remand no later than June 1, 2018.

(2) The Director of the United States Patent and Trademark Office may intervene and also file a response to the motion to remand no later than June 1, 2018.

(3) Any reply must be filed no later than June 5, 2018.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31